IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 10-0281 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 19.) |
| MICAH H JOHNSON, | |
| Defendant. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters, including the April 19, 2011 pretrial conference and June 6, 2011 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:  December 2, 2010**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1